FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 10 2005

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 05-CR-00394-EWN-ALL

UNITED STATES OF AMERICA,

       Plaintiff,

v.

JASON GLEN TERVORT,

       Defendant.

---

**ORDER AUTHORIZING ISSUANCE OF SUBPOENA DUCES TECUM
UNDER RULE 17 (b) AND (c), FOR PRODUCTION OF RECORDS**

---

Upon application of the defendant and good cause appearing, IT IS HEREBY

ORDERED THAT a subpoena be issued to:

**CUSTODIAN TO BE SERVED**

Denver Police Department
Attn: Director Fred Oliva
1331 Cherokee, 5th Floor
Denver, Colorado 80204

**RECORDS TO BE PRODUCED:**

    All jail records, including medical records, for Jason Tervort from on or about September 6, 2005 through September 8, 2005

    IT IS ORDERED THAT the documents or objects sought by the subpoena be produced

before the designated United States Magistrate Judge, c/o Kathy Triplett, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado on November *18*, 2005 at 9:00 a.m.

IT IS FURTHER ORDERED THAT the application for this subpoena and this order be kept under seal by the Clerk of the Court.

By the Court:

_____   __11-10-05__
[signature: Edward W. Nottingham]         Dated
United States District Judge